650 A.2d 958

PHYLLIS CARLIN, PLAINTIFF–RESPONDENT, v. PHILIP
R. CARLIN, DEFENDANT–APPELLANT.

December 16, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable case law, and good cause appearing;

It is ORDERED that the within appeal is dismissed.